**HOGUET NEWMAN REGAL & KENNEY,** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/22/2021__

February 19, 2021

Via ECF

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *C.O., individually and o.bo. E.M., a child with a disability, v. New York City Department of Education,* 20-cv-10774-AT

Dear Judge Torres:

This firm represents Defendant New York City Department of Education in the above-referenced matter. I write on behalf of both parties to: (1) submit the proposed Civil Case Management Plan; (2) respectfully request that the Court adjourn the initial conference currently set for 10 a.m. on March 1, 2021, *sine die*; and (3) advise the Court that the parties do not consent to proceed before a magistrate.

Plaintiff commenced this action on December 21, 2020, seeking attorneys' fees, costs and expenses for legal work on an administrative hearing pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. The sole issue to be decided in this matter is whether Plaintiff's attorneys' fees are reasonable.

The parties are optimistic that this matter may be resolved through a negotiated settlement and, as such, respectfully suggest to the Court that a pretrial conference at this juncture may be unnecessary. The parties agree that if settlement efforts are unsuccessful, the matter should proceed to motion practice to commence no later than June 1, 2021.

Thank you for your consideration of these requests.

DENIED. By **February 26, 2021**, the parties shall submit their joint letter.

SO ORDERED.

Dated: February 22, 2021
    New York, New York

ANALISA TORRES
United States District Judge